U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

2014 APR 24  PM 3:03

CLERK  KAK

BY _____
        DEPUTY CLERK

Luke Benning
              Plaintiff(s)

v.                                         Case Number 2:14-cv-71

The Corporation of Marlboro
College
              Defendant(s)

**MAGISTRATE JUDGE ASSIGNMENT FORM**

---

**NOTE:** You must sign Part I *or* Part II below, and return this document to the Clerk's Office within 21 days. See the other side of this form for more information.

### PART I - CONSENT

Pursuant to 28 U.S.C. § 636(c), the undersigned (party) (counsel) to the above-captioned civil case voluntarily consents to have this case assigned to the Magistrate Judge for any and all further proceedings, including trial and entry of a final judgment, with direct review by the Second Circuit Court of Appeals if an appeal is filed.

Dated: _____

_____
Signature

_____
Print Name

Party(ies) Represented: _____

---

### PART II - OBJECTION TO ASSIGNMENT

The undersigned (party) (counsel) objects to the assignment of this matter to the Magistrate Judge and elects to have the case assigned to a District Judge.

Dated: 4·24·14

Signature: Theodore C. Kramer

Print Name: THEODORE C. KRAMER

Party(ies) Represented: LUKE BENNING