UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

|  |  |  |
|---|---|---|
| LUKE BENNING, | ) | |
|  | ) | CIVIL ACTION NO. 2:14-cv-71 |
|  | ) Plaintiff | |
| v. | ) | |
|  | ) | |
| MARLBORO COLLEGE, | ) | |
|  | ) | |
|  | ) Defendant | |

## EVALUATOR'S REPORT

Please select one:

_X_ First Session Report
\_\_\_\_\_ Second Session Report
\_\_\_\_\_ Third Session Report
\_\_\_\_\_ Corrected/Revised Report
\_\_\_\_\_ Supplemental Report
\_\_\_\_\_ Other

Michael J. Marks, Esquire, the Early Neutral Evaluator, reports pursuant to Local Rule 16.1 (j) on the ENE session in this matter as follows:

| (j)(1)(A): | Date of session: | Start time: | Finish time: |
|---|---|---|---|
|  | August 29, 2014 | 10:00 a.m. | 10:00 p.m. |

| (j)(1)(B): | Names of attendees: | Role: | Settlement authority: (check only where applicable) |
|---|---|---|---|
|  | Luke Benning | Plaintiff | X |
|  | Ted Kramer, Esquire | Attorney for Plaintiff | |
|  | Christian Hanley | on behalf of Plaintiff | |
|  | Robert St. Jean | Insurance adjuster for Defendant | X |
|  | Ellen McCulloch-Lovell | Representative for Defendant | X |
|  | Xenia Markowitt | Representative for Defendant | X |
|  | Jeffrey Marlin, Esquire | Attorney for Defendant | |

| | |
|---|---|
| (j)(1)(C): | Substitute arrangements regarding attendance: |
| | _____ |
| (j)(1)(D): | Date parties' Evaluation Statements received by Evaluator: |
| | Early neutral evaluation statements were filed in a timely manner and allowed for adequate preparation by the evaluator. |
| (j)(1)(E): | **Oral presentations:** By all Parties. |
| (j)(1)(F): | **Results of session:** |
| (j)(1)(F)(i): | _X_ Full settlement      ___ Partial settlement |
| | ___ No Settlement |
| (j)(1)(F)(ii): | Stipulation to narrow the scope of dispute:      _____ N/A |
| (j)(1)(F)(iii): | Agreement to limit discovery, facilitate future settlement, or otherwise reduce cost and delay related to trial preparation: |
| | _____ |
| | Scheduling another ENE session:      ___ Yes ___ NO |

**Other comments:** (please refer to L.R. 16.1 (j)(2)):
_____

Dated at Middlebury, Vermont on this 23rd day of September, 2014.

*Michael Marks* /KS

Michael J. Marks, Evaluator