UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| LUKE BENNING,<br>  Plaintiff,<br><br>v.<br><br>THE CORPORATION OF<br>MARLBORO COLLEGE d/b/a<br>MARLBORO COLLEGE<br>  Defendant. | Docket No.: 2:14-CV-71 |

## STIPULATION OF DISMISSAL

Pursuant to F.R.C.P. Rule 41(a)(1)(ii), the parties in the above-captioned action, by and through their respective counsel, hereby stipulate that this action and all claims herein shall be dismissed with prejudice, each party to bear its own attorney's fees and costs, all rights of appeal waived.

DATED at Montpelier, Vermont this 29th day of September, 2014

THE CORPORATION OF
MARLBORO COLLEGE d/b/a
MARLBORO COLLEGE

By:
Jeffrey S. Marlin, Esq.
Primmer Piper Eggleston & Cramer PC 100
East State Street
P.O. Box 1309
Montpelier, VT 05601-1309 (802)
223-2102

SO ORDERED:

LUKE BENNING

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge

By:
Theodore C. Kramer, Esq.
Kramer Law Offices, P.C. 42
Park Place Brattleboro, VT
05301 (802) 257 2221

Dated: October 3, 2014